UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Laurence Robert Otto, | Civil No. 04-3369 (RHK/RLE) |
| Plaintiff, | |
| vs. | |
| Stuart Burgmann, Agent of the Internal Revenue Service; and Dennis L. Parizak, Agent for the Internal Revenue Service | |
| Defendants. | |

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

1. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

2. Plaintiff's Motion for a Default Judgment (Doc. No. 3) is **DENIED, BUT WITHOUT PREJUDICE**; and

3. Plaintiff is allowed until September 15, 2005, to effect service of process on the Defendants.

Dated: August  26 , 2005

                                                     s/Richard H.Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge