UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Laurence Robert Otto,

                                                                           Civil No. 04-3369 (RHK/RLE)

                Plaintiff,

     vs.                                                                **ORDER**

Stuart Burgmann, Agent of the
Internal Revenue Service; and Dennis
L. Parizak, Agent of the Internal
Revenue Service,

                Defendants.

---

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED:**

      That this action is dismissed for failure to comply with this Court's Order of August 26, 2005, for failure to effect proper service, and for lack of prosecution.

Dated: October 12, 2005

                                                                s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge